UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.  **ED CV 16-1283-DMG (RAOx)**  Date  September 2, 2016

Title  *Robert Cummings v. Champion Mortgage, et al.*

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Robert Cummings, Pro Se | Christopher D. Lee |

**Proceedings: IN CHAMBERS - ORDER**

　　On August 5, 2016, the Court ordered Plaintiff to file a status report by August 26, 2016 regarding his compliance with the Court's directives. [Doc. # 13.] To date, no status report has been filed. Defendants request that the stay on this action be lifted and that the Court proceed to consider their pending motion to dismiss. [Doc. # 14.] Plaintiff is hereby ordered to show cause in writing by no later than September 9, 2016 why the Court should not lift the stay and remove this case from the Loan Modification Mediation Program ("LMMP") due to his non-compliance with the Court's August 5 Order. Failure to file a timely and satisfactory response will result in the lifting of the stay and removal of this case from the LMMP.

IT IS SO ORDERED.