JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CUMMINGS, ADMINISTRATOR OF DECEDENTS' C. RAY CUMMINGS AND I. LAVERNE CUMMINGS ESTATE<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION MORTGAGE; ONE MORTGAGE NETWORK; GOVERNMENT NATIONAL MORTGAGE ASSOCIATION AS TRUSTEE FOR SECURITIZED TRUST GINNIE MAE REMIC TRUST 2007-057; GINNIE MAE; S8,<br><br>Defendants. | Case No.: ED CV 16-1283-DMG (RAOx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [34]** |

1

Having considered the parties' Stipulation to dismiss this entire action with prejudice, and for good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The parties' Stipulation is approved;
2. The above-captioned action is dismissed with prejudice in its entirety; and
3. Defendants' Motion to Dismiss First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Doc. # 9] is DENIED as moot.

DATED: April 21, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE